UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-23641-CIV-JORDAN

| | |
|---|---|
| CHARLES Q. BUTLER, | ) |
|     Plaintiff | ) ) |
| vs. | ) ) |
| SUNSHINE RESTAURANT MERGER SUB, LLC., | ) ) ) |
|     Defendants | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

Upon *de novo* review of the record, I adopt Magistrate Judge Palermo's report and recommendation [D.E. 17] and find that the parties reached a fair and reasonable settlement agreement.

This case is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees. I will retain jurisdiction for 30 days to enforce the settlement agreement.

All pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 18th day of June, 2010.

                                                                                               _____
                                                                                               Adalberto Jordan
                                                                                               United States District Judge

Copy to:       All counsel of record